IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-1838-ZLW-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
    Defendant.

_____

### ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this  20  day of September, 2006.

                BY THE COURT:

*[signature: Zita L. Weinshienk]*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court