IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-1838-ZLW-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,
    Defendant.

_____

### ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this __20__ day of September, 2006.

BY THE COURT:

*Zita L. Weinshienk*
_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court