IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01838-MSK-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **September 28, 2006 at 11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the Motion for Preliminary Injunction **(#2)** and the Motion for Expedited Hearing **(#9)**.

    Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact Barbara Wagner at **303-335-2185** no later than two court days before the hearing to make arrangements.

    Dated this 22nd day of September, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge