IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01838-MSK-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Withdraw Motion for Preliminary Injunction **(#34).** The Court being fully advised in the foregoing,

**ORDERS** that the Unopposed Motion to Withdraw Motion for Preliminary Injunction **(#34) is GRANTED** without prejudice.

Dated this 30th day of October, 2006

            **BY THE COURT:**

            *Marcia S. Krieger*

            Marcia S. Krieger
            United States District Judge