IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01838-MSK-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2007.**

    Based upon the unopposed dismissal of this action sought by the parties, the Defendant PRCA's Motion for Protective Order [Filed December 22, 2006; Docket #47] is **denied**, without prejudice.