IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01838-MSK-MEH

WOMEN'S PROFESSIONAL RODEO ASSOCIATION, INC.,

    Plaintiff,

v.

PROFESSIONAL RODEO COWBOYS ASSOCIATION, INC.,

    Defendant.

_____

## ORDER DISMISSING ACTION
_____

    **THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion to Dismiss **(# 49)**. The Motion is **GRANTED**, and the case is dismissed without prejudice. The Clerk of the Court is directed to close this case.

    Dated this 12th day of January, 2007

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge